IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. HOUSTON<br>Living Natural Man; Alleged<br>Beneficiary / Trustee,<br><br>    Plaintiff,<br><br>        v.<br><br>JASON L. HOUSTON SOCIAL<br>SECURITY TRUST AND CESTUI<br>QUE TRUST,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-4102-TWT |

**ORDER**

This is a pro se mandamus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for the Plaintiff's failure to comply with an Order of the Court. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 22 day of March, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge